JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DEGUZMAN, | No. CV 18-6382 RGK (FFM) |
| Petitioner, | JUDGMENT |
| v. | |
| HUNTER ANGLEA, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: September 6, 2019

R. GARY KLAUSNER
United States District Judge